UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY J. NEAL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case Number 17-13403
Honorable David M. Lawson
Magistrate Judge Elizabeth A. Stafford

## **JUDGMENT**

In accordance with the opinion and order entered on this date adopting the magistrate judge's report and recommendation, affirming the decision of the Commissioner, and dismissing the complaint,

It is **ORDERED AND ADJUDGED** that the decision of the Commissioner is **AFFIRMED**.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED**.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Date:    March 12, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on March 12, 2019.

                        s/Susan K. Pinkowski
                        SUSAN K. PINKOWSKI